**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

TOWNS,

Plaintiff,

-against-

GOYARD ECOM, LLC,

Defendant.

---------------------------------------------------------------X

**ORDER**

**26-CV-2579 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Because Plaintiff filed an amended complaint (see Dkt. No. 23), Defendant's motion to dismiss the initial complaint at Dkt. No. 17 is **DENIED** as moot.

**The Clerk of Court is respectfully requested to close Dkt. No. 17.**

SO ORDERED.

DATED: New York, New York
October 13, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge